### 9499.  FREY *v.* THOMPSON *et al.*

LUKE, J.  1. The real issue in this case is as to the proper location of a land line. There was evidence pro and con, the jury found in favor of the defendant, there was evidence to authorize this finding, and the verdict has the approval of the trial judge. *Osteen* v. *Wynn*, 131 *Ga.* 209 (62 S. E. 37, 127 Am. St. R. 212).

2. The charge of the court, when considered as a whole, was full, fair, and not subject to the criticisms offered. The court did not, for any of the reasons assigned, err in overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and Jenkins, J., concur.*

DECIDED OCTOBER 16, 1918.  REHEARING DENIED JANUARY 14, 1919.

Action for damages; from Cobb superior court—Judge Patterson. December 22, 1916.

*Mozley & Gann, H. B. Moss, B. T. Frey,* for plaintiff in error.
*J. Z. Foster,* contra.